No. 287. SAMUEL GREENBERG ET AL. *v.* UNITED STATES. On petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit. November 12, 1923. Dismissed, on motion of counsel for petitioners. *Mr. John H. Bruninga* for petitioners. *The Attorney General* for the United States.

———

No. 372. C. E. GAINES *v.* STATE OF TEXAS. On petition for a writ of certiorari to the Court of Criminal Appeals of the State of Texas. November 12, 1923. Dismissed, per stipulation. *Mr. W. W. Nelms* for petitioner. *Mr. W. A. Keeling* for respondent.

———

No. 12, Original. *Ex parte:* IN THE MATTER OF MICHAEL QUINN, PETITIONER. Petition for a writ of mandamus. November 19, 1923. Petition dismissed, on motion of counsel for petitioner. *Mr. William C. Prentiss* for petitioner.

———

No. 387. MICHAEL HEITLER *v.* UNITED STATES;

No. 388. NATHANIEL PERLMAN *v.* UNITED STATES; and

No. 389. MANDEL GREENBERG *v.* UNITED STATES. On petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit. November 26, 1923. Petitions dismissed, on motion of counsel for petitioners. *Mr. Weymouth Kirkland* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. Harry S. Ridgely* for the United States.

———

No. 246. LUCY TOM, NÉE BIGPOND, ET AL. *v.* C. C. MILLS. Error to the Supreme Court of the State of Oklahoma. January 2, 1924. Dismissed with costs, per stipulation. *Mr. Finis E. Riddle* and *Mr. James J. Mars*